UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EAST TENNESSEE TITLE INSURANCE AGENCY, INC., ) ) ) | |
| Plaintiff/Counterclaim Defendant, ) ) | Case No. 3:17-cv-00006 |
| vs. ) ) | |
| CHICAGO TITLE INSURANCE COMPANY, ) ) ) | |
| Defendant/Counterclaim Plaintiff. ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff East Tennessee Title Insurance Agency, Inc. ("East Tennessee Title") and Defendant Chicago Title Insurance Company ("Chicago Title"), by and through their undersigned counsel, and submit this Joint Stipulation of Dismissal With Prejudice to the Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). As grounds, the parties state as follows:

1) East Tennessee Title filed its Complaint for breach of contract on January 10, 2017 against Chicago Title;

2) Chicago Title hereby confirms and stipulates that said Defendant has been duly served with process and has received the Summons and Complaint;

3) Chicago Title filed an Answer and Affirmative Defenses and Counterclaim on February 8, 2017, which Counterclaim was grounded in breach of contract and set-off;

4) The parties have negotiated and have come to an agreement resolving all the disputes between them; and

5) East Tennessee Title has agreed that its Complaint against Defendant Chicago Title is due to be dismissed with prejudice and Defendant Chicago Title has agreed that its Counterclaim against Plaintiff East Tennessee Title is also due to be dismissed with prejudice.

Therefore, the parties respectfully request that the Court enter an Order dismissing this case WITH PREJUDICE in its entirety.

Respectfully submitted this 11th day of May, 2017.

/s/ Elizabeth B. Padgett
Elizabeth B. Padgett
TN BPR No. 022635
Attorney for Defendant
Chicago Title Insurance Company

**Fidelity National Law Group**
4170 Ashford Dunwoody Road, Suite 460
Atlanta, Georgia 30319
Tel: (770) 325-4815
E-mail: Elizabeth.padgett@fnf.com

/s/ Christopher T. Cain
Christopher T. Cain
TN BPR No. 19997
Attorney for Plaintiff
East Tennessee Title Insurance Agency, Inc.

**Scott & Cain**
550 West Main Street, Suite 601
Knoxville, Tennessee 37902
Tel: (865) 525-2150
E-mail: scott@scottandcain.com